IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:14-CV-499-BO**

| | |
|---|---|
| PAMELA P. CLAYTOR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including a new hearing and decision by an administrative law judge (ALJ). The period under administrative review on remand will concern a closed period from July 13, 2010, through August 13, 2014. Plaintiff was approved for Title XVI benefits on a subsequent application as of August 14, 2014. That decision will not be disturbed upon remand of this action.

Plaintiff's counsel consents to the Government's Motion for Remand to review this closed period.

The Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a

new hearing, as outlined above. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __16__ day of January, 2015.

Terrence W. Boyle
United States District Judge